UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20CR300-FDW

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| TIMOTHY SCOTT HUFFMAN | ) | |
| | ) | |

**THIS MATTER** is before the Court on the government's Motion for Restitution. (Doc. No. 28).

At the sentencing of this matter, the Court held that final determination of restitution would be left open as authorized by 18 U.S.C. § 3664(d)(5). The government has requested restitution to be ordered to the victim in this case in the amount of $4,570, because she has suffered losses, including medical costs, transportation costs, and lost income. The defendant does not object to the government's request. (Doc. No. 28).

**IT IS, THEREFORE, ORDERED** that, based on the reasons set forth in the motion, 18 U.S.C. § 3664(d)(5), and the Mandatory Victim Restitution Act, the Judgment in this case will include a final restitution figure of $4,570 payable to the victim in this case.

Signed: February 23, 2022

Frank D. Whitney
United States District Judge